UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOMEN IN SOUTH AFRICA; and MAN IN GUTEMALA BURNT ALIVE FOR PRACTICING WITCHCRAFT; FREDERICK BANKS, therefore,<br><br>Petitioners<br><br>v.<br><br>SOUTH AFRICA, et al.,<br><br>Respondents. | Case No. 2:20-cv-05579-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: July 8, 2020                    _____

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE